# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BING LIU,<br><br>        Petitioner,<br><br>   v.<br><br>TODD M. LYONS, et al.,<br><br>        Respondents. | Case No. 1:26-cv-00238-KES-SAB-HC<br><br>ORDER VACATING JANUARY 14, 2026 BRIEFING SCHEDULE<br><br>(ECF No. 4) |

In light of Petitioner filing a motion for temporary restraining order on January 21, 2026, (ECF No. 7), and the Court's briefing schedule for the motion, (ECF No. 8), the Court HEREBY VACATES the briefing schedule issued on January 14, 2026, (ECF No. 4).

IT IS SO ORDERED.

Dated:    **January 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge